```
                                         United States District Court
                                          Southern District of Texas
                                                  ENTERED

                                             OCT 1 8 2000

                                          Michael N. Milby, Clerk of Court
                                          By Deputy Clerk
```

IN THE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - -

IN RE: s/v KAY CEE BEE

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| SEA R SEA MARINE, Inc., ) | |
| A Texas Corporation, ) | |
| Petitioner, ) | |
| vs. ) | Misc. No. B-00-035 |
| CHRIS BURNELL, ) | |
| and ) | |
| TOM HANSON, ) | |
| Respondents. ) | |

- - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE AND ORDER OF HEARING

- - - - - - - - - - - - - - - - - - - - - - - - -

A Verified Rule 27 Petition having been filed by the Petitioner, Sea R Sea Marine, Inc., and good grounds appearing therefore and being advised in the premises:

IT IS HEREBY ORDERED:

1. That Chris Burnell, 9850 Richmond Ave., #8203, Houston, Texas, 77042, and Tom Hanson, c/o 206 W. Aries, South Padre Island, Texas, 78597, the respondents in this action, shall appear at the United State Court House, 600 E. Harrison St., Brownsville, Texas, in the courtroom of the Honorable Magistrate Judge Felix Recio on Thursday, the fourteenth (14th) day of December, 2000; beginning at two o'clock (2:00 p.m.) and continuing thereafter until its completion or

upon further order of the court in order to submit to a deposition on oral examination.

2. Pursuant to Rule 27(a)(3) and Rule 4 of the Federal Rules of Civil Procedure, this Notice and Order shall be served on the aforesaid respondents in addition to the Petition and their failure to appear for said hearing shall be punishable by contempt proceedings.

3. The facts to be established at such oral deposition include but are not limited to the potential remedies cognizable to the petitioner in law and equity arising out of the transaction giving rise to the claim for relief that underlies this Rule 27 action, such facts include but are not limited to the following:

    A. The facts surrounding the relationship between the respondents;

    B. Confirmation of the possessory and/or ownership interests of the respondents in the vessel, "Kay Cee Bee;"

    C. Facts surrounding the bailment of such vessel;

    D. Facts with respect to the agency relationship between the respondents;

    E. Confirmation of the repairs to such vessel;

      F. Facts establishing the terms of the agreement between the respondents or either of them and the petitioner as to marine repairs to such vessel;

      G. Facts establishing any defenses to the obligation arising either by contract or equity for repairs to such vessel;

      Done on this 12th day of October, 2000, at Brownsville, Texas.

BY THE COURT:

_/s/ Felix Recio_____

The Honorable Felix Recio,
Magistrate Judge,
U.S. District Court
for the Southern District of Texas,
Brownsville Division

- 3 -