```
                                        United States District Court
                                        Southern District of Texas
                                                FILED

                                             DEC 14 2000

         IN THE DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF TEXAS    Michael N. Milby, Clerk of Court
           BROWNSVILLE DIVISION
```

- - - - - - - - - - - - - - - - - - - - - - - -

IN RE: s/v KAY CEE BEE

- - - - - - - - - - - - - - - - - - - - - - - -

SEA R SEA MARINE, Inc.,      )
A Texas Corporation,         )
            Petitioner,      )
vs.                          )   Misc. No. B-00-035
CHRIS BURNELL,               )
and                          )
TOM HANSON,                  )
            Respondents.     )

- - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE AND ORDER OF HEARING

- - - - - - - - - - - - - - - - - - - - - - - -

A Verified Rule 27 Petition having been filed by the Petitioner, Sea R Sea Marine, Inc., and a Joint Motion to Set Oral Deposition and good grounds appearing therefore and being advised in the premises:

IT IS HEREBY ORDERED:

1. That Chris Burnell, a respondent in this action, appear at the office of Tom Rayfield, 1300 North Tenth Street, Suite 300, in McAllen, Texas, on Thursday, the eighteenth (18th) day of January, 2001; beginning at ten o'clock (10:00 a.m.) and continuing thereafter until its completion or upon further order of the court in order to submit to a deposition on oral examination.

2. Pursuant to Rule 27(a)(3) and Rule 4 of the Federal Rules of Civil Procedure, this Notice and Order shall be served on the aforesaid respondent or his agent in addition to the Petition and his failure to appear for said hearing shall be punishable by contempt proceedings.

3. The facts to be established at such oral deposition include but are not limited to the potential remedies cognizable to the petitioner in law and equity arising out of the transaction giving rise to the claim for relief that underlies this Rule 27 action, such facts include but are not limited to the following:

   A. The facts surrounding the relationship between the respondents;

   B. Confirmation of the possessory and/or ownership interests of the respondents in the vessel, "Kay Cee Bee;"

   C. Facts surrounding the bailment of such vessel;

   D. Facts with respect to the agency relationship between the respondents;

   E. Confirmation of the repairs to such vessel;

   F. Facts establishing the terms of the agreement between the respondents or either of them and the petitioner as to marine repairs to such vessel;

      G.   Facts establishing any defenses to the obligation arising either by contract or equity for repairs to such vessel;

Done on this 14th day of December, 2000, at Brownsville, Texas.

BY THE COURT:

_____
The Honorable Felix Recio,
Magistrate Judge,
U.S. District Court
for the Southern District of Texas,
Brownsville Division

- 3 -