

# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JAN 19 2001

Michael N. Milby, Clerk of Court

HONORABLE <u>Felix Recio</u> MAGISTRATE JUDGE PRESIDING

COURTROOM CLERK <u>Maria (Sally) Garcia</u>

Court Reporter: <u>Eric Schwab</u>

DATE: <u>January 19, 2001</u>

*****************************************************************

CIVIL No. <u>B-00-35</u>

IN RE: s/v Kay Cee Bee                    Jon K Schmid
SEA R SEA MARIN INC
A Texas Corporation

VS.

Chris Burnell
Tom Hanson
*****************************************************************

## Deposition

Plaintiffs counsel J Schmid present;
Defendant Tom Hanson present without counsel ;

Court calls the case for the record;
Pf's atty and deft feel they can go forward with the depo without the Judge present;
Court orders the deposition to commence;
Parties left to conduct deposition.