# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 25 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE: [Vessel] KAY CEE BEE * | |
| * | |
| SEA R SEA MARINE, INC., * | |
| A Texas Corporation * | |
| Petitioner, * | |
| * | |
| VS * | MISC. NO. B-00-035 |
| * | |
| CHRIS BURNELL, * | |
| and TOM HANSON * | |
| Respondents. | |

# ORDER

The Court, pursuant to Verified Rule 27 of the Federal Rules of Civil Procedure, ordered that notice be sent to Mr. CHRIS BURNELL and TOM HANSON, ordering their presence at a deposition scheduled for January 19, 2001. The same having been completed, it is the order of this Court that the above-referenced cause be and is hereby **CLOSED**.

DONE at Brownsville, Texas, on 23rd day of January 2001.

Felix Recio
United States Magistrate Judge